after the initiation of a proposed removal could not have been a contributing factor in the proposed removal). Moreover, while Mr. Davis attempts to establish that his supervisor *considered* Mr. Davis to be a whistleblower prior to the personnel actions, the Board's jurisdiction requires an appellant to non-frivolously assert that his protected *disclosure* was a contributing factor in the personnel action. *Meuwissen*, 234 F.3d at 12.

## CONCLUSION

Accordingly, we agree with the Board's conclusion that Mr. Davis failed to make a non-frivolous allegation that the disclosure was a contributing factor in the personnel actions, and we affirm the Board's conclusion that it lacked jurisdiction.

## COSTS

Each party shall bear its own costs.

---

David A. Dillard, Christie, Parker & Hale, LLP, of Pasadena, CA, argued for plaintiffs-appellants. With him on the brief was Brian K. Brookey.

Brett M. Schuman, Morgan, Lewis & Bockius LLP, of San Francisco, CA, argued for defendant-appellee. With him on the brief was Thomas D. Kohler.

Before NEWMAN, MAYER and SCHALL, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

---

**VITA ZAHNFABRIK H. RAUTER GMBH & CO. KG, Vident, and Neil R. Hall, Plaintiffs–Appellants,**

v.

**DENTSPLY INTERNATIONAL, INC., Defendant–Appellee.**

No. 2007–1203.

United States Court of Appeals, Federal Circuit.

May 16, 2008.

---

**RATTLER TOOLS, INC.,**
Plaintiff–Appellant,

v.

**BILCO TOOLS, INC. and William Coyle, Defendants–Appellees.**

No. 2007–1505.

United States Court of Appeals, Federal Circuit.

May 22, 2008.

Rehearing and Rehearing En Banc Denied June 27, 2008.